# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trendsettah USA Inc and Trend Settah, Inc.<br><br>PLAINTIFF(S)<br>v.<br>Swisher International Inc.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:14-cv-07956<br><br>**NOTICE OF INTRA-DISTRICT TRANSFER<br>BY CLERK OF COURT** |

To:     All Counsel Appearing of Record

☐ Due to clerical error, this case was improperly assigned to the ☐ Western ☐ Southern ☐ Eastern Division of this District. Pursuant to General Order 14-03 this case is hereby transferred to the ☐ Western ☐ Southern ☐ Eastern Division for all further proceedings.

☒ Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the ☐ Western ☒ Southern ☐ Eastern Division.

This case has been reassigned to case number ___8:14-cv-01664___ and has been ☒ assigned ☐ reassigned to Judge ___James V. Selna___ for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby ☒ assigned ☐ reassigned to Magistrate Judge ___Douglas F. McCormick___ for:

☒ any discovery and/or post-judgment matters that may be referred.

☐ for all proceedings in accordance with General Order 05-07.

All documents filed in this case must reflect the new case number and newly assigned Judge/Magistrate Judge initials so that the new case number will read: ___8:14-cv-01664-JVS (DFMx)___ . This is very important because any documents presented to the Clerk for filing in paper format are routed by the initials.

Clerk, U.S. District Court

By: (Estrella_Tamayo@cacd.uscourts.gov)
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Intake Coordinator; Statistics Clerk*

G-73 (06/14)                 NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT